THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN THOMAS, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> BLUE MOON BURGERS, INC., <br><br> Defendant. | CASE NO. C17-0204-JCC <br><br> ORDER TO SHOW CAUSE |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. This morning, at 9 a.m., the Court held a status conference for the above captioned case. Plaintiffs' counsel, Daniel Ross Fjelstad, did not appear. Plaintiffs' counsel is hereby ORDERED TO SHOW CAUSE for his failure to appear at the scheduled status conference. A written response is due within 10 days of this order. The status conference is RESCHEDULED to June 13, 2017 at 9 a.m.

DATED this 30th day of May 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk
